**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| GODO KAISHA IP BRIDGE 1, <br><br> Plaintiff, <br><br> v. <br><br> NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORPORATION, <br><br> Defendants. | Civil Action No. 2:21-cv-00215-JRG |

## ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE

CAME ON FOR CONSIDERATION, the Unopposed Motion to Dismiss Without Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant Nokia Corporation. Having considered the motion, it is hereby GRANTED.

Accordingly, Defendant Nokia Corporation is DISMISSED WITHOUT PREJUDICE.